IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENT MITCHELL, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-2911 |
| | § | |
| SUMMIT RECOVERY SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF PENDING DISMISSAL

It has come to the attention of this court that this action against Summit Recovery Services, LLC, has not been answered within 20 days as required by Rule 12(a), Fed. R. Civ. P., and that over 60 days have passed from the date an answer was due without any action by the plaintiff. The local rules allow the court summarily to dismiss an action in these circumstances.

This notice is to inform you that if the appropriate motions have not been filed within 20 days of the date this order is entered, this case will be automatically dismissed, without prejudice. The initial pretrial and scheduling conference set for January 26, 2007 is canceled and will be reset, if appropriate.

SIGNED on January 25, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge