IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENT MITCHELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-06-2911 |
| | § | |
| SUMMIT RECOVERY SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Plaintiff Kent Mitchell recovers from Summit Recovery Services LLC, as follows:

    a.    Damages in the amount of $6, 000.00

    b.    Attorneys' fees in the amount of $2,400.00

    c.    Costs of court

    d.    Postjudgment interest at 5.05 % *per annum*

This is a final judgment.

SIGNED on February 27, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge